DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ERICK LIZARRAGA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICK LIZARRAGA,<br><br>Defendants. | Case No. 1:18-CR-00252 NONE-SKO<br><br>STIPULATION AND ORDER TO CONTINUNE STATUS CONFERENCE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND THOMAS NEWMAN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ERICK LIZARRAGA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Friday, March 20, 2020 be continued to Friday, May 22, 2020.

I underwent surgery on Thursday, March 12, 2020, for an ongoing medical issue. My physician has placed me on medical leave until April 26, 2020 and therefore asking this matter to be continued. Mr. Lizarraga is prepared to waive time. I have spoken to AUSA THOMAS NEWMAN and he has no objection to continuing the status conference hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

1

**IT IS SO STIPULATED.**

DATED: 3/17/2020

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
ERICK LIZARRAGA

DATED: 3/17/2020

*/s/Thomas Newman*
THOMAS NEWMAN
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the status conference hearing currently set for March 20, 2020 be continued to Friday, May 22, 2020.

IT IS SO ORDERED.

Dated: **March 17, 2020**

UNITED STATES DISTRICT JUDGE