PHILLIP A. TALBERT
United States Attorney
STEPHANIE STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00252-JLT-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ERICK LIZARRAGA, ROSEMARIE MARTINEZ, and BRITTANY MARTINEZ, | |
| Defendants. | |

On March 2, 2020, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Erick Lizarraga, David Martinez[1], Rosemarie Martinez, and Brittany Martinez in the following property:

    a. Approximately $15,949.63 in U.S. Currency.

Beginning on July 1, 2020, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a

---

[1] The United States dismissed defendant David Martinez from the criminal action on account of his death. To the extent the docket references Mr. Martinez prior to his passing, the forfeiture as to Mr. Martinez's interest, if he had any, abated upon his death.

FINAL ORDER OF FORFEITURE         1

hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Erick Lizarraga, Rosemarie Martinez, and Brittany Martinez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **May 31, 2023**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE